# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-813
Lower Tribunal No. 21-586-CA

_____

HECTOR OQUENDO,

Appellant,

v.

SETH BATESOLE,

Appellee.

_____

Appeal Pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Benjamin L. Bedard and Jeffrey W. Hurcomb, of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for Appellant.

Brent Steinberg, of Swope, Rodante, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED